STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
       stan@appsatlaw.com

*Attorneys for Plaintiff Danielle L. Palmer*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Danielle L. Palmer, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc., <br><br> Defendant. | Case No. 8:21-cv-00025-CJC-JDE <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., AND ENTIRE CASE** |

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS, INC., AND ENTIRE CASE

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, Danielle L. Palmer, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant Experian Information Solutions, Inc. ("Experian"). The settlement is conditioned upon certain future performances by Experian. Upon completion of said performances, Plaintiff intends to file a dismissal as to Defendant Experian.

Plaintiff further states that this matter is now settled as to the entire case.

Dated: April 2, 2021

　　　　　　　　　　　　　　__/s/_Stanley R. Apps_____
　　　　　　　　　　　　　　Stanley R. Apps
　　　　　　　　　　　　　　*Attorneys for Plaintiff*